1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7289
7      Fax: (415) 436-7234

8  Attorneys for the United States

**FILED**

JUL 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA   06  70479

11                 SAN FRANCISCO DIVISION

12 | IN RE SEARCH WARRANT FOR:                     )
   | 1220 Kenilworth Road, Hillsborough, CA;      )   No.  06  70479     **EMC**
13 | 823 East 24th Street, Apt. 1, Oakland, CA;   )
   | 1927 Bridgepointe Circle, Apt. H344, San     )
14 | Mateo, CA; 3018 Humboldt Avenue,             )   SEALING ORDER
   | Oakland, CA; 166 Los Robles Drive,           )
15 | Burlingame, CA; 335 Glasgow Circle,          )
   | Danville, CA, and                            )   **(FILED UNDER SEAL)**
16 | COMPLAINT AND ARREST                         )
   | WARRANTS RE:                                 )
17 | **JOHNSON MAI,**                             )
   | a/k/a Zhi Xiong Mai, a/k/a Uncle Hong,       )
18 | a/k/a Chi Hong Mak, a/k/a Hong Suk           )
   | 1220 Kenilworth Drive, Hillsborough,         )
19 | California;                                  )
   | **LISA LEE,**                                )
20 | a/k/a Xiao Ling Li                           )
   | 1220 Kenilworth Drive, Hillsborough,         )
21 | California;                                  )
   | **KAI LUN ZHENG,**                           )
22 | a/k/a Wai Keung Cheung, a/k/a Su Ming,       )
   | a/k/a Alan Zheng;                            )
23 | **ZHI EN HUANG,**                            )
   | a/k/a Gao Lo                                 )
24 | 1927 Bridgepointe Circle, Apartment H344     )
   | San Mateo, California;                       )
25 | **DAVID YUEN,**                              )
   | a/k/a Lo Wu, a/k/a Wu So Gor                 )
26 | 3018 Humboldt Avenue                         )
   | Oakland, California; and                     )
27 | **ERIC YU HENG CAI,**                        )
   | 166 Los Robles Drive                         )
28 | Burlingame, California                       )
   |                                              )

SEALING ORDER

1 | FOR GOOD CAUSE SHOWN, it is hereby ordered that the Application and Affidavit for
2 | Search Warrant, Search Warrant, Complaint, Arrest Warrants and this Order shall be filed under
3 | seal until further order of this Court.  Endorsed filed copies shall be provided to the United States
4 | Attorney's Office.
5 | IT IS SO ORDERED.

Dated: 26 July 06

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

SEALING ORDER