| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR 1:55 to 2:03 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>August 10, 2006 | | NEW CASE ☐ | CASE NUMBER<br>3-06-70479 EMC |

### APPEARANCES

| DEFENDANT<br>Zhi En Huang | AGE<br>37 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steve Kalar | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Steve Jigger | | INTERPRETER<br>Cantonese - Thomas Lam | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Jill Brenny | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 8 m | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

FILED
AUG 1 0 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/14/06 | ☒ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Judge Spero | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Gov't Oral Motion to Unseal Entire Case - GRANTED. Dft also ordered to appear on 8/17/6 at 9:30 AM before Judge Spero for a Dtn Hearing and to Set a Prelim Date.

KLH, JCS