# JOHN T. PHILIPSBORN
LAW OFFICES
CIVIC CENTER BUILDING
SUITE 350
507 POLK STREET
SAN FRANCISCO, CALIFORNIA 94102

(415) 771-3801
FAX (415) 771-3218
JPhilipsbo@aol.com

JOHN T. PHILIPSBORN

PARALEGALS

CHRISTINE MARGLE
STEVEN GRAY
BRENDA ALLEN

August 24, 2006

The Honorable Joseph C. Spero
Magistrate Judge
United States District Court
Northern District of California
Courtroom A, 15th floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  *U.S. v. Zhi En Huang*, Complaint 3-06-70479
[on the Court's calendar, 9:30 a.m., Thursday, August 31, 2006]

Dear Judge Spero:

On the afternoon of August 24, 2006, I was notified that Zhi En Huang, for whom I made a special appearance in your Court that morning, would in fact not be retaining me to represent him in the above-entitled matter. I immediately left word for Mr. Mazzucco to let him know about the situation. My understanding is that Mr. Huang is actively searching for representation, and will have made other arrangements by Thursday, August 31, 2006, when he is next due in your Court.

If the Court's preference that I be present, I can make arrangements to do that. If, on the other hand, Mr. Huang has contacted other counsel, I would ask to be excused from appearing. I would appreciate the Court's guidance in this matter.

Sincerely yours,

JOHN T. PHILIPSBORN

cc:  Thomas P. Mazzucco, AUSA

JTP:sg

CERTIFIED BY THE CALIFORNIA BOARD OF LEGAL SPECIALIZATION AS A SPECIALIST IN CRIMINAL LAW