☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Betty Fong | REPORTER/TAPE NO.<br>9:40-9:45a (5m) | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Edward M. Chen | DATE<br>April 26, 2007 | ☐ NEW CASE | CASE NUMBER<br>3-06-70479 JL |

### APPEARANCES

| DEFENDANT<br>Kai Lun Zheng | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Garrick Lew for Gil Eisenberg | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Tom Mazzucco | | INTERPRETER<br>Cantonese - Thomas Lam | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | |

FILED APR 26 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

| ☐ INITIAL APPEARANCE | ☒ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. / SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
| ☐ CASH $ | ☐ CORPORATE SECURITY | ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ | GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 6/4/07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. BZ | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | Govt to submit order | ☐ IDENTITY/REMO VAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Parties reached resolution and requested to continue preliminary hearing/arraignment to 6/4/07 at 9:30 a.m. before BZ. Government to submit order excluding time from today to 6/4/07.

cc: Pretrial / Lashanda