BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
ZHI EN HUANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 3-06-70479 MAG |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| ZHI EN HUANG | ) **MODIFYING CONDITIONS OF** |
| | ) **RELEASE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties that upon recommendation of Pretrial Services, that defendant's heretofore imposed condition of electronic monitoring and curfew as a condition of his pretrial release, is no longer required.

Dated: _____      /s/_____
                    BRIAN H GETZ
                    Attorney for Defendant

Dated: _____      /s/_____
                    THOMAS MAZZUCCO
                    AUSA

**SO ORDERED:**

Dated: _____      _____
                    UNITED STATES MAGISTRATE JUDGE SPRERO

-1-
STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE
(CASE NO. 3 06 70479 EMC)