BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
ZHI EN HUANG

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3-06-70479 MAG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| ZHI EN HUANG | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that upon recommendation of Pretrial Services, that defendant's heretofore imposed condition of electronic monitoring and curfew as a condition of his pretrial release, is no longer required.

Dated: _____   /s/_____
BRIAN H GETZ
Attorney for Defendant

Dated: _____   /s/_____
THOMAS MAZZUCCO
AUSA

**SO ORDERED:**

Dated: _5/31/7__   _____
UNITED STATES MAGISTRATE JUDGE SPRERO

-1-
STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE
(Case No. 3 06 70479 EMC)