Garrick S. Lew SBN 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone:   (415) 575-3588
Facsimile:    (415) 522-1506
email:          gsl@defendergroup.com

Attorneys for Defendant Johnson Mai

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>          Plaintiff<br>v.<br>JOHNSON MAI,<br>     a/k/a Zhi Xiong Mai<br>     a/k/a Uncle Hong,<br>     a/k/a Chi Hong Mak,<br>     a/k/a Hong Suk;<br>LISA LEE,<br>     a/k/a Xiao Ling Li;<br>KAI LUN ZHENG,<br>     a/k/a Wai Keung Cheung,<br>     a/k/a Su Ming,<br>     a/k/a Alan Zheng;<br>ZHI EN HUANG,<br>     a/k/a Gao Lo;<br>DAVID YUEN,<br>     a/k/a Lo Wu,<br>     a/k/a Wu So Gor; and<br>ERIC YU HENG CAI<br><br>          Defendants. | No: 3-06-70479 MAG<br><br>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM APRIL 4, 2008 To APRIL 11, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on April 11, 2008 at 9:30 a.m. before the duty magistrate judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv), from April 4, 2008 to and through April 11, 2008. The parties agree, and the Court finds and

holds, as follows:

1. The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different Chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in negotiating the final terms of a global settlement that will resolve all pending charges and forfeiture claims involving all defendants before the court and additional time is necessary to seek approval of the proposed plea and forfeiture agreements with the government.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on April 11, 2008 at 9:30 a.m. and (2) orders that the period from April 4, 2008 to and through April 11, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: April 1, 2008          /s/    Garrick Lew
                              GARRICK LEW
                              Attorney for Defendant Johnson Mai

DATED: April 1, 2008          /s/    Gil Eisenberg
                              GIL EISENBERG
                              Attorney for Defendant Kai Lun Zheng

DATED: April 1, 2008          /s/    Brian Getz
                              BRIAN GETZ
                              Attorney for Zhi En Huang

1 | DATED: April 1, 2008          /s/    Stuart Hanlon
2 |                                               STUART HANLON
    Attorney for David Yuen

3 | DATED: April 1, 2008          /s/    Randy Montesano
    RANDY MONTESANO
4 |     Attorney for Eric Cai

5 |

6 | DATED: April 1, 2008          /s/    Alice Wong
    ALICE WONG
7 |     Attorney for Lisa Lee

8 | DATED: April 1, 2008          /s/    Thomas Mazzucco
    THOMAS MAZZUCCO
9 |     Assistant United States Attorney

10 |

11 |

12 |     IT IS SO ORDERED.

13 |

14 | DATED: April 2, 2008

    _____
15 |     United States Magistrate Judge

...

28 | Stipulation and Proposed Order for Continuance
[3-06-70479] [MAG]