AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**FILED**
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   20 years imprisonment, $1,000,000.00 fine, supervised release for a minimum 3-year term to a maximum term of life.

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Zhi En HUANG

DISTRICT COURT NUMBER

PJH

CR 08 0268

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction            } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3-06-70479 MAG

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   THOMAS P. MAZZUCCO

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:
_____

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

      **E-filing**
10                     SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              )    No. 08        0268
                                           )
13          Plaintiff,                     )   VIOLATION: 21 U.S.C. §§ 846,
                                           )   841(b)(1)(C) – Conspiracy to Possess With
14      v.                                 )   Intent to Distribute, and to Distribute, 3,4
                                           )   Methylenedioxymethamphetamine
15                                         )   (MDMA)
                                           )
16  ZHI EN HUANG,                          )   SAN FRANCISCO VENUE
                                           )
17                                         )
            Defendant.                     )
18                                         )
                                           )
19  _____      )

20                          I N F O R M A T I O N

21  The United States Attorney charges:

22

23          Beginning in January of 2002, through on or about August 10, 2006, in the Northern

24  District of California, the defendant,

25                          ZHI EN HUANG,

26  did knowingly and intentionally conspire with others known and unknown to possess with intent

27  to distribute, and distribute, a Schedule I controlled substance, namely, 3,4

28  methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,

1    Sections 846, 841(b)(1)(C).

2
     DATED:    4-24-08                        JOSEPH P. RUSSONIELLO
3                                             United States Attorney

4

5

                                             BRIAN J. STRETCH
6                                            Chief, Criminal Division

7

8    (Approved as to form:                        )
                            AUSA T. MAZZUCCO
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                        2