**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,               No.  CR 04-0100  VRW
                                            **Related Cases: CR08-0265, CR08-0266**
10              Plaintiff,                  **CR08-0267, CR08-0268, CR08-0269 and**
                                            **CR08-0270**
11      v.
                                            **CLERK'S NOTICE**
12  KAI LUN ZHENG,
13              Defendant.
                                        /
14
15      TO ALL PARTIES AND COUNSEL OF RECORD:

16      YOU ARE NOTIFIED THAT a Status Conference has been scheduled for the above

17  related cases on June 12, 2008 at 2:00 p.m. before the Honorable Vaughn R Walker.   Please report

18  to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

19  Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable

20  to reach a stipulation, the requesting party shall submit an exparte application with a proposed

21  order.

22  Dated:  May 27, 2008                    _Cora Klein_

23                                          _____
                                            Courtroom Deputy Clerk to
24                                          Chief Judge Vaughn R Walker

25
26
27
28

N:\CLKNTC.CRI.wpd