1 BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
2 44 Montgomery Street, Suite 3850
San Francisco, CA 94104
3 Telephone: (415) 912-5886
Facsimile: (415) 438-2655
4

5 Attorney for Defendant
ZHI EN HUANG
6

7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )  Case No. CR-08-0268-VRW
                                       )
12              Plaintiff,              )
                                       )
13      vs.                            )  STIPULATION AND [PROPOSED]
                                       )  ORDER CONTINUING SENTENCING
14 ZHI EN HUANG                        )  DATE
                                       )
15              Defendant.             )
                                       )
16 _____)

17      This case is set for sentencing before this Court on December 11, 2008.  Defense counsel

18 has been diligent in obtaining all necessary documents to provide to the Probation Department, but

19 has failed to complete the task.  Additional time is needed to assemble records from Canada

20 reflecting the precise scope of the criminal conduct.

21      Defense counsel has discussed the need to obtain further documents with Federal Probation

22 Officer Ann Searles who does not oppose a continuance of the sentencing date.  Assistant United

23 States Attorney Aaron Wegner does not oppose a continuance.

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

1     Any date after January 5, 2008 is convenient for the parties.

2     Accordingly, January 8, 2008 is requested.

3

4 Dated: November 14, 2008            /s/

5                                    BRIAN H GETZ
                                   Attorney for Defendant

6

7 Dated: November 14, 2008            /s/

8                                    AARON WEGNER
                                   Assistant United States Attorney

9

10

11                              ~~[PROPOSED]~~
                                **ORDER**

12

13     IT IS HEREBY ORDERED that defendant Zhi En Huang's Stipulation Continuing Sentencing

14 Date is received in its entirety.  Defendant's current sentencing date of December 11, 2008 is

15 continued to January 8, 2008 to allow defense counsel additional time to assemble records from

16 Canada reflecting the precise scope of the criminal conduct by the defendant.

17

18 DATED: _11/19/2008_____

19                              THE HONORABLE VAUGHN R. WALKER
                             UNITED STATES DISTRICT COURT JUDGE
                             NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING DATE
(CASE NO. CR-08-0268-VRW)