UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ZHI EN HUANG,<br><br>　　　　　Defendant. | ) Case No. CR-08-0268-VRW<br>)<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **RECONVEY OF PROPERTY**<br>)<br>)<br>) |

This stipulation is made by and between the United States of America and Zhi En Huang, by and through their respective attorneys of record.

Upon the surrender of Defendant Zhi En Huang to the Bureau of Prisons, the parties in the above-captioned matter stipulate that the property located at 20 South Quebec Street, in San Mateo County, California, described as Lot 17, Block 8, Map No. 4 Shore View Tract, filed November 30, 1945, Map Book 25, Page 2, San Mateo County Records, be reconveyance from the Clerk of the United States District Court, Richard W. Wieking.

///

///

///

///

1  The parties hereby stipulate that reconveyance of the property as set forth above be ordered
2  by the Court forthwith.

3

4  DATED: August 10, 2009                    Respectfully submitted,
                                             LAW OFFICES OF BRIAN H GETZ
5

6                                            _____/s/_____
                                             BRIAN H GETZ
7                                            Counsel for for Defendant
                                             ZHI EN HUANG
8

9

10 DATED: August 10, 2009                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
11                                           BRIAN J. STRETCH
                                             Chief, Criminal Division
12

13                                           _____/s/_____
                                             AARON D. WEGNER
14                                           Assistant United States Attorney
                                             Counsel for Plaintiff
15                                           UNITED STATES OF AMERICA
16

17

18                       **[PROPOSED] ORDER GRANTING
                         RECONVEYANCE OF PROPERTY**
19

20   IT IS HEREBY ORDERED that the United States of America and Zhi En Huang's

21 Stipulation and Order to Reconvey Property be granted in its entirety.

22 IT IS SO ORDERED.

23
     Dated:  \_\_August 21, 2009_____       _____
24                                           CHIEF JUDGE VAUGHN R WALKER
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28

---
-2-
STIPULATION AND ORDER TO RECONVEY OF PROPERTY
(CASE NO. CR-08-0268-VRW)